MARJORIE CULKIN, Respondent, v. CARLTON ROWLEE, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of negligence on the part of the defendant and freedom from contributory negligence on the part of the plaintiff is against the weight of the evidence. All concur, except Thompson and Crosby, JJ., who dissent and vote for affirmance.

JAMES PERRONE, Respondent, v. THE CITY OF DUNKIRK, Defendant, and THE BOARD OF WATER COMMISSIONERS OF THE CITY OF DUNKIRK, Appellant.— Judgment and order affirmed, with costs. All concur.

ANNA PIPITONE, an Infant, etc., Respondent, v. JOHN ANGELO DEALEXANDRIS, Appellant.— Order reversed on the facts, with costs, and verdict reinstated, with costs. All concur, except Sears, P. J., and Crosby, J., who dissent and vote for affirmance.

ANTHONY PIPITONE, an Infant, etc., Respondent, v. JOHN ANGELO DE ALEXANDRIS, Appellant.— Order reversed on the facts, with costs, and verdict reinstated, with costs. All concur, except Sears, P. J., and Crosby, J., who dissent and vote for affirmance.

JOSEPH PIPITONE, an Infant, etc., Respondent, v. JOHN ANGELO DEALEXANDRIS, Appellant.— Order reversed on the facts, with costs, and verdict reinstated, with costs. All concur, except Sears, P. J., and Crosby, J., who dissent and vote for affirmance.

MARY PIPITONE, Respondent, v. JOHN ANGELO DEALEXANDRIS, Appellant.— Order reversed on the facts, with costs, and verdict reinstated, with costs. All concur, except Sears, P. J., and Crosby, J., who dissent and vote for affirmance.

MARY PIPITONE, an Infant, etc., Respondent, v. JOHN ANGELO DEALEXANDRIS, Appellant.— Order reversed on the facts, with costs, and verdict reinstated, with costs. All concur, except Sears, P. J., and Crosby, J., who dissent and vote for affirmance.

PAUL PIPITONE, Respondent, v. JOHN ANGELO DEALEXANDRIS, Appellant.— Order reversed on the facts, with costs, and verdict reinstated, with costs. All concur, except Sears, P. J., and Crosby, J., who dissent and vote for affirmance.

JOHN E. QUIGLEY, Respondent, v. ELIZABETH VIOLA ZIEGLER, Appellant.— Order modified by giving the Ziegler parties and Guerreri the affirmative of the issues and fixing the venue of the consolidated action in Monroe county, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. All concur.

JAMES MILLER, Appellant, v. UNION TRUST COMPANY OF ROCHESTER, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of AUGUST BECKER, an Attorney and Counselor at Law.— Upon the petition, respondent's default in answering the petition, and upon his oral admissions made before the court that the charges alleged in the petition are true, an order of disbarment is entered.

In the Matter of JOHN LEO SULLIVAN, an Attorney at Law.— The movant apparently misapprehends the record upon which the order heretofore made by this court was granted. The resolution of the Bar Association of Northern Chautauqua was not in any way considered by this court in making its determination. The motion for leave to appeal to the Court of Appeals is denied because in our opinion no reviewable question of law is presented. Crosby, J., not sitting. [See 237 App. Div. 551.]